Decided July 8, 2009

IN RE LYRIC H.

The petition by the respondent mother for certification for appeal from the Appellate Court, 114 Conn. App. 582 (AC 29904), is denied.

*David J. Reich*, in support of the petition.

*Steven Vitelli*, assistant attorney general, and *John F. Daly III*, in opposition.

Decided July 8, 2009